UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORYESHA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-309 RLW |
| | ) |
| SOCIAL SECURITY OFFICE ADMINISTRATOR, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's civil complaint and motion for leave to proceed in forma pauperis. Plaintiff is granted in forma pauperis status. Additionally, the Court will require plaintiff to submit an amended complaint.

**Standard of Review**

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. To state a claim for relief, a complaint must plead more than "legal conclusions" and "[t]hreadbare recitals of the elements of a cause of action [that are] supported by mere conclusory statements." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A plaintiff must demonstrate a plausible claim for relief, which is more than a "mere possibility of misconduct." *Id.* at 679. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* at 678. Determining whether a complaint states a plausible claim for relief is a context-specific task that requires the reviewing court to draw on its judicial experience and common sense. *Id.* at 679.

## Discussion

The allegations in the complaint are impossible to understand. Plaintiff alleges that something happened to her Social Security debit card. It appears that maybe she was unable to fix her furnace as a result and suffered from cold weather this winter. Also, she may have been unable to afford to pay for food. However, the Court can only guess whether these are her actual allegations. Finally, plaintiff has not stated what law or laws she thinks defendant has violated.

Because plaintiff is proceeding pro se, the Court will allow her to submit an amended complaint. In it, she must tell the Court what law she believes defendant violated. She must also tell the Court whether she is attempting to sue the Social Security Administration or one of its employees. If she is trying to sue the Administration, she should tell the Court whether she has filed a complaint about this issue with it. She must also explain the facts of this case in a manner which the Court can understand. Her amended complaint must contain all of her allegations against the defendant.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send plaintiff a complaint form.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint no later than **February 22, 2017**. If plaintiff does not submit an amended complaint by that date, the Court will dismiss this action without prejudice.

Dated this 31st day of January, 2017.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE